# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** June 20, 2024

**CASE OF:** In Re: Amendments to Rules Regulating The Florida Bar - Miscellaneous Petition

**DOCKET NO.:** SC2024-0030

**OPINION FILED:** May 9, 2024

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 6, lines 1-5, "(c) Practice Under Official Bar Name. A member must practice only under the member's official bar name. This rule does not prohibit a lawyer from using a law firm name that does not include the lawyer's official bar name in compliance with other Rules Regulating The Florida Bar." is now underlined.

**SIGNED: OPINION CLERK**